UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICIO RODRIGUEZ AYALA, | CASE NO. C26-2186-KKE |
| Petitioner(s), | ORDER GRANTING MOTION TO |
| v. | PROCEED IN FORMA PAUPERIS |
| TODD BLANCHE, et al., | |
| Respondent(s). | |

This is a federal habeas action filed under 28 U.S.C. § 2241.  Dkt. No. 1-1.  Along with his habeas petition, Petitioner filed a motion to proceed in forma pauperis ("IFP").  Dkt. No. 1.

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress."  28 U.S.C. § 1915(a).  In support of his request to proceed IFP, Petitioner provides a declaration which asserts that, for the past twelve months, he has received $0 in income.  Dkt. No. 1.  Petitioner has only 35 cents in his prison trust account and generally asserts that he is entitled to relief and that he cannot pay filing costs.  *Id*.  Accordingly, the Court GRANTS Petitioner's application to proceed IFP.

Dated this 24th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS - 1